Richard J. McCord, Esq.  
CERTILMAN BALIN ADLER & HYMAN, LLP  
Chapter 7 Trustee for the Estate of  
Arkady Ostrovsky  
Richard J. McCord, Esq.  
90 Merrick Avenue  
East Meadow, New York 11554  
(516) 296-7000  

**Presentment Date: January 30, 2013**  
**Time: 10:00 a.m.**  
**Objection Date: January 23, 2013**  
**Time: 4:00 p.m.**  
**Hearing if Objections: January 31, 2013**  
**Time: 11:00 a.m.**

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
In re:

|  |  |
|---|---|
|  | Chapter 7 |
| ARKADY OSTROVSKY, | Case No.: 12-44124-nhl |
| Debtor. |  |

------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE TRUSTEE TO SELL TO CHARLOTTE OSTROVSKY THE ESTATE'S RIGHT, TITLE AND INTEREST IN THE MORTGAGE NOTE HELD ON THE REAL PROPERTY LOCATED AT 42 BIRCHWOOD ROAD, CORAM, NEW YORK FOR THE SUM OF $10,000.00

**PLEASE TAKE NOTICE** that Richard J. McCord, Esq., the Chapter 7 Trustee

("Trustee") of the estate of Arkady Ostrovsky ("Debtor"), will present for signature the attached

Order Authorizing the Trustee to Sell to Charlotte Ostrovsky the Estate's Right, Title and

Interest in the Mortgage Note Held on the Real Property Located at 42 Birchwood Road, Coram,

New York for the sum of $10,000.00 (the "Order"), to the Honorable Nancy Hershey Lord,

United States Bankruptcy Judge, on January 30, 2013 at 10:00 a.m. ("Presentment Date"), at the

United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, New York

11201.

**PLEASE TAKE FURTHER NOTICE,** that objections to the proposed Order, if any,

pursuant to LBR 9006-1 and 9004-1, must be filed in the Office of the Clerk of the Bankruptcy

Court electronically in accordance with General Order #M-242(General Order #M-242 and the

2590061.1

Revised Administrative Procedures for the Electronic Case Filing System can be found at www.nyeb.uscourts.gov the official website for the United States Bankruptcy Court for the Eastern District of New York) by registered users of the Court's electronic case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Documents Format (PDF), WordPerfect or any other Windows-based work processing format(with a hard copy delivered to Chambers) and served in accordance with General Order #M-242 or by first -class mail and served upon the (i) Chapter 7 Trustee, Richard J. McCord, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554 and (ii) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201. All filing and service are to be made so as to be actually received by each party on or before January 23, 2013 at 4:00 p.m. Objections, if any, will be heard on January 31, 2013 at 11:00 a.m., at the Courthouse, 271 Cadman Plaza East, Courtroom 3577, Brooklyn, New York 11201. If no objections are received, the Order may be signed.

**NO HEARING WILL BE HELD UNLESS AN OBJECTION IS FILED AS ABOVE WITH PROOF OF SERVICE.**

Dated:   East Meadow, New York
       January 3, 2013

                         **CERTILMAN BALIN ADLER & HYMAN, LLP**

               By:

                    /s/ Richard J. McCord_____
                    **RICHARD J. MCCORD, ESQ.**
                    Chapter 7 Trustee for the Estate of
                    Arkady Ostrovsky
                    90 Merrick Avenue
                    East Meadow, New York 11554
                    (516) 296-7000

2590061.1