UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

                                       Chapter 7

ARKADY OSTROVSKY,                         Case No.: 112-44124-nhl

                Debtor.

----------------------------------------------------------x

## ORDER DENYING DEBTOR'S MOTION TO RECONSIDER

**APPLICATION HAVING BEEN MADE**, by Arkady Ostrovsky (the "Debtor") by and through his counsel, the Law Offices of Alla Kachan, P.C., for an Order (a) to reconsider the entry of the Order Authorizing the Trustee to Sell to Charlotte Ostrovsky a/k/a Charlotte Schaefer the Estate's Right, Title and Interest in the Mortgage Note Held on the Real Property Located at 42 Birchwood Road, Coram, New York for the Sum of $10,000.00 (Dkt. No. 23); and (ii) for such other, further and different relief as this Court deems just, proper and equitable (the "Application"); and an objection to the Application having been filed by Richard J. McCord, Esq., as Chapter 7 Trustee for the Estate of Arkady Ostrovsky; and

**UPON**, a hearing having been conducted before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 2529, Brooklyn, New York 11201 on May 7, 2013 and Alla Kachan, Esq., having appearing on the Application and Carol A. Glick Esq., having appeared in support of the Objection on behalf of the Trustee; and

**WHEREAS**, based on the decision read into the record of the hearing, it is hereby

**ORDERED**, that the Debtor's Motion for Consideration is hereby denied.



**Dated: May 10, 2013**
     **Brooklyn, New York**
                                                **Nancy Hershey Lord**
                                   **United States Bankruptcy Judge**

                                                    2658718.1